## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA AT CLARKSBURG

**DAWN FRISENDA,**

      **Plaintiff,**

**v.**                                                                  **Civil Action No. 17-CV-89 (Keeley)**

**LINDSEY FLOYD, and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**

      **Defendants.**

## NOTICE OF SETTLEMENT

Please take notice that the parties have successfully reached a settlement in this matter. A dismissal order will be forthcoming.

 

Respectfully submitted,

/s/ Taylor B. Downs
Taylor B. Downs
State Bar I.D. 11605

Manchin Injury Law Group, PLLC
1543 Fairmont Avenue, Suite 203
Fairmont, West Virginia 26554
(304) 367-1862
Counsel for Plaintiff
tdowns@manchininjurylaw.com


/s/ R. Carter Elkins
R. Carter Elkins
State Bar I.D. 1116

Elkins Ray, PLLC
Post Office Box 730
Huntington, West Virginia 25719
(304) 522-2015
Counsel for State Farm Mutual Automobile Insurance company
relkins@elkinsray.com

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

WEST VIRGINIA AT CLARKSBURG

DAWN FRISENDA,

        Plaintiff,

v.                                                    Civil Action No. 17-CV-89 (Keeley)

LINDSEY FLOYD, and STATE FARM
MUTUAL AUTOMOBILE INSURANCE
COMPANY,

        Defendants.

## CERTIFICATE OF SERVICE

I, Taylor B. Downs, Counsel for the Plaintiff, do hereby certify that I have this 19th day of June, 2018, served a copy of the foregoing "**Notice of Settlement**" by CM/ECF system, which will send notification of such filing to all counsel of record. I further certify that I provided a copy via First Class, U.S. Mail to the following:

                R. Carter Elkins, Esquire
                1108 Third Avenue, Suite 700
                P.O. Box 730
                Huntington, WV 25711-0730

                /s/ Taylor B. Downs
                Timothy J. Manchin (WV Bar #2304)
                Taylor B. Downs (WV State Bar #11605)
                MANCHIN INJURY LAW GROUP, PLLC
                1543 Fairmont Ave., Suite 203
                Fairmont, WV 26554-2100
                304-367-1862
                304-367-1867 (fax)
                *Counsel for Plaintiff*