FILED

JUL 17 2018

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## AT CLARKSBURG

DAWN FRISENDA,

    Plaintiff,

v.                    CIVIL ACTION NO.: 1:17-cv-0089-IMK

LINDSEY FLOYD, and
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendants.

### FULL AND FINAL ORDER OF DISMISSAL

    This day came the plaintiff, by counsel, and State Farm Mutual Automobile Insurance Company, by counsel, and showed unto the Court that all matters in difference and in controversy between them have been compromised, settled and agreed.

    The plaintiff and State Farm Mutual Automobile Insurance Company jointly move the Court to dismiss this action, with prejudice, as compromised, settled and agreed. The Court finds that all matters in difference and in controversy between plaintiff and State Farm Mutual Automobile Insurance Company have been compromised, settled and agreed, therefore it is hereby **ORDERED** that the Joint Motion to Dismiss be, and the same is, hereby **GRANTED**. The Court finds that as all matters between plaintiff and State Farm Mutual Automobile Insurance Company have been compromised, settled and agreed, that this matter is, **DISMISSED**, with prejudice, as compromised, settled and agreed.

The parties are to bear their own respective costs of action.

Entered: *July 17, 2018*

_____
Irene M. Keeley,
United States District Judge

Prepared by:

s/R. Carter Elkins
R. Carter Elkins
W. Va. State Bar I.D. 1116
Laura L. Gray
W. Va. State Bar I.D. 5240
Charles K. Garnes, Jr.
W. Va. State Bar I.D. 7445

Elkins Ray, PLLC
1108 Third Avenue, Suite 700
Post Office Box 730
Huntington, West Virginia 25711-0730
(304) 522-2015
relkins@elkinsray.com


Approved by:


s/Taylor B. Downs
Taylor B. Downs
State Bar I.D. 11605

Manchin Injury Law Group, PLLC
1543 Fairmont Avenue, Suite 203
Fairmont, West Virginia 26554
(304) 367-1862
tdowns@manchininjurylaw.com